UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                        CHAPTER 13 PROCEEDINGS

ALVIN ZAVITZ                          CASE NUMBER: 07-20945
MELISSA ZAVITZ                     HON: DANIEL S OPPERMAN
                Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE
## DEPOSITED IN US REGISTRY

      Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $66.18 for deposits in the U. S. Registry as evidenced by the attached Check No. 268541 made payable to U.S. Bankruptcy Court.

      The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution from May 31, 2010 and July 31, 2010 on behalf of the following creditor:

      CLC Consumer Services/Portfolio Recovery Associates     $66.18          May 31, 2010 and July 31, 2010disbursements

      Creditor would not cooperate


Date: July 12, 2011                              /s/ Thomas W McDonald
                                                  Thomas W McDonald, Jr.
                                                  Chapter 13 Trustee
                                                  3144 Davenport Ave
                                                  Saginaw Mi 48602
                                                  Telephone (989) 792-6766
                                                  ecf@mcdonald13.org